UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA VALADEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTER HEALTH MEMORIAL HOSPITAL LOS BANOS,<br><br>        Defendant. | Case No.  1:22-cv-00263-AWI-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 3) |

   Plaintiff Olivia Valadez is proceeding through counsel in this action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 3). Plaintiff has made the requisite showing required by § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) is granted.

IT IS SO ORDERED.

   Dated:   **March 7, 2022**                        /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE

1