UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA VALDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUTTER HEALTH MEMORIAL HOSPITAL LOS BANOS AND DOES 1-20,<br><br>　　　　　Defendants. | No.  1:22-cv-00263-AWI-EPG<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |

　　　　Plaintiff Olivia Valadez, proceeding through counsel, filed this civil action on March 3, 2022, as the successor in interest to the Estate of Eric Valadez. (ECF No. 2). On March 8, 2022, this Court granted Plaintiff's application to proceed *in forma pauperis*. (ECF Nos. 3, 4). And, on March 14, 2022, the Court screened the case, found service of the first amended complaint to be appropriate, and directed Plaintiff to return certain documents required for service, which Plaintiff has since done. (ECF Nos. 6, 7). Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to enter the order setting the mandatory scheduling conference.
2. The Clerk of Court is directed to forward the following documents to the U.S. Marshal:
   a) One copy of the order setting the mandatory scheduling conference for each defendant to be served;
   b) One completed and issued summons for each defendant to be served;

1

    c) One completed USM−285 form for each defendant to be served;

    d) One copy of the complaint (ECF No. 2) for each defendant to be served, plus one copy for the United States Marshal; and

    e) One copy of this order for each defendant to be served, plus one copy for the United States Marshal.

3. Within ten days from the date of this order, the United States Marshal is DIRECTED to notify the following Defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c):

    a. **Sutter Health Memorial Hospital Los Banos.**

4. The United States Marshal Service is DIRECTED to retain the summons and a copy of the complaint in its files for future use;

5. The United States Marshal Service shall file any returned waiver of service as well as any request for waiver of service that are returned as undelivered as soon as they are received;

6. If a waiver of service is not returned by the Defendant within sixty days of the date of mailing the request for waiver, the United States Marshal Service shall:

    a. Personally serve process and a copy of this Order on the Defendant pursuant to Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c);

    b. Within ten days after personal service is effected, the United States Marshal Service shall file the return of service for the Defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said Defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and the operative complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served Defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2).

7. In the event that the Defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the United States Marshals Service need not personally serve the Defendant;

8. In the event that the Defendant either waives service or is personally served, the Defendant is required to respond to the Complaint.

IT IS SO ORDERED.

Dated:   **April 8, 2022**              /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE