Jeremy M. Dobbins, Esq. (SBN 320648)
**Law Office of Jeremy M. Dobbins**
1225 E. Divisadero, Third Floor
Fresno, California 93721
Telephone No.: (559) 306-6580
Facsimile No.: (559) 316-4070
Email: jeremy@jeremymdobbins.com

*Attorney for Plaintiff,* OLIVIA VALADEZ successor in interest to the ESTATE OF ERIC VALADEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA VALADEZ, successor in interest to the ESTATE OF ERIC VALADEZ <br><br> Plaintiff, <br><br> v. <br><br> SUTTER HEALTH MEMORIAL HOSPITAL LOS BANOS, and DOES 1 through 20, inclusive. <br><br> Defendants. | **No. 1:22-cv-00263-AWI-EPG** <br><br> **STIPULATION TO EXTEND DEADLINES CONTAINED IN SCHEDULING ORDER; DECLARATION OF COUNSEL; ORDER** <br><br> (ECF No. 15) |

**TO THE HONORABLE COURT:**

Plaintiff, OLIVIA VALADEZ, successor in interest to the ESTATE OF ERIC VALADEZ (hereinafter "Plaintiff"), and Defendant, SUTTER VALLEY HOSPITALS dba MEMORIAL HOSPITAL LOS BANOS (hereinafter "Defendant"), hereby jointly submit the following Stipulation to Extend Deadlines contained in Scheduling Order.

1. On September 16, 2022, the Scheduling Conference Order was signed by Magistrate Grosjean.

2. On January 18, 2023, counsel for plaintiff and defendant agreed to extend currently scheduled dates by six months.

3. Attached to the Stipulation is declaration by Jeremy M. Dobbins.

4. Attached to the Stipulation is a Proposed Amended Joint Scheduling Report.

- 1 -

1

2 Dated: January 18, 2023    **LAW OFFICE OF JEREMY M. DOBBINS**

3

4

5              /s/ *Jeremy M. Dobbins*

              Jeremy M. Dobbins, Esq.

6              Attorney for Plaintiff, OLIVIA VALADEZ,
successor interest to the ESTATE OF ERIC

7              VALADEZ

8

9 Dated: January 18, 2023    **SHEUERMAN,   MARTINI,   TABARI   &**
**GARVIN, PC**

10

11

12              /s/ *Michael J. Garvin*

              Michael J. Garvin, Esq.

13              Attorney for Defendant,

14              SUTTER VALLEY HOSPITALS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

**DECLARATION OF JEREMY M. DOBBINS**

2      The undersigned, Jeremy M. Dobbins, hereby declares as follows under penalty of perjury:

3    1.    I am the attorney of record for Plaintiff, OLIVIA VALADEZ successor in interest to the

4    ESTATE OF ERIC VALADEZ, SBN 320648. I am familiar with the issues and evidence

5    pertaining to this case.

6    2.    Due to Covid-19 pandemic, my current case load and trial schedule has been impacted.

7    3.    My current trial schedule is as follows:

8             a.   January 17, 2023

9             b.   January 20, 2023

10            c.   February 14, 2023

11            d.   April 3, 2023

12            e.   June 19, 2023

13            f.   September 25, 2023

14            g.   October 30, 2023

15            h.   December 11, 2023

16            i.   January 22, 2024

17            j.   February 13, 2024

18            k.   April 1, 2024

19            l.   May 7, 2024

20            m.   May 13, 2024

21            n.   May 28, 2024

22            o.   June 17, 2024

23            p.   July 22, 2024

24   4.    Additionally, I recently tested positive for COVID-19. Because I am a sole practitioner, this

25         has caused me to take time off and caused a delay in my trial preparations.

26   5.    Further, there is currently a dispute as to whether Plaintiff's deposition, who is out of state,

1
2

will be taken in person or remotely. Subsequently, it has delayed the progression of oral

discovery.

3
4

6.      If called as a witness, I could and would truthfully and competently testify to the foregoing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is

5
6

true and correct.

7

Executed on January 18, 2023, in Fresno, California.

8

**LAW OFFICE OF JEREMY M. DOBBINS**

9

10

/s/ *Jeremy M. Dobbins*
Jeremy M. Dobbins,

11

*Attorney for Plaintiff, OLIVIA VALADEZ successor*
*in interest to the ESTATE OF ERIC VALADEZ*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Upon review of the parties' stipulation (ECF No. 15), the Court concludes that an extension of six months to all dates is not reasonable given the amount of time that this case has been pending and the time remaining to engage in discovery. However, the Court concludes that an extension of approximately three months is warranted, and thus the Court's scheduling order (ECF No. 14) is modified as follows:

| Event | Former Date/Deadline | New Date/Deadline |
| --- | --- | --- |
| Mid-Discovery Status Conference | April 3, 2023 | July 3, 2023, at 10 a.m. |
| Non-Expert Discovery | May 15, 2023 | August 15, 2023 |
| Expert Disclosures | July 10, 2023 | October 10, 2023 |
| Rebuttal Expert Disclosures | August 14, 2023 | November 14, 2023 |
| Expert Discovery Cutoff | September 18, 2023 | December 18, 2023 |
| Dispositive Motion Filing | November 6, 2023 | February 6, 2024 |
| Pretrial Conference | March 6, 2024 | June 14, 2024, at 10 a.m. Courtroom 2, before District Judge Anthony W. Ishii |
| Trial | May 7, 2024 | August 13, 2024, at 8:30 a.m. Courtroom 2, before District Judge Anthony W. Ishii |

For the Mid-Discovery Status Conference, the parties are reminded to file a joint report one week prior to the conference. (ECF No. 14, p. 3).

\\\
\\\
\\\
\\\
\\\

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court will consider any further extension to these deadlines, if warranted, at the status conference, taking into account the diligence of the parties in conducting discovery in the time permitted.

IT IS SO ORDERED.

    Dated:    **January 24, 2023**                    /s/ Erica P. Grosjean

                                                UNITED STATES MAGISTRATE JUDGE