1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9   OLIVIA VALADEZ,                    No. 1:22-CV-00263 JLT EPG

10                  Plaintiff,

11          v.                          **ORDER REGARDING SETTLEMENT
                                        CONFERENCE PROCEDURES**
12   SUTTER HEALTH MEMORIAL
     HOSPITAL LOS BANOS,
13
                    Defendant.
14

15

16          The Court sets a settlement conference for January 29, 2024, at 1:00 p.m., Courtroom 10,

17   before Magistrate Judge Erica P. Grosjean. The conference will be held remotely by Zoom.

18          Unless otherwise permitted in advance by the Court, the attorneys who will try the case

19   shall appear (via Zoom) at the Settlement Conference. It is recommended that pertinent evidence

20   to be offered at trial, documents or otherwise, be submitted with the settlement conference brief

21   for presentation to the settlement judge.  Neither the settlement conference statements nor

22   communications during the settlement conference with the settlement judge can be used by either

23   party in the trial of this case.

24          Absent permission from the Court, in addition to counsel who will try the case being

25   present (via Zoom), the individual parties shall also be present (via Zoom).  In the case of

26   corporate parties, associations or other entities, and insurance carriers, a representative executive

27   with authority to discuss, consider, propose and agree, or disagree, to any settlement proposal or

28

1

1  offer <u>shall also be present</u> (via Zoom).

2        Parties are instructed to have a principal with full settlement authority present (via Zoom)

3  at the Settlement Conference or to be fully authorized to settle the matter on any terms. The

4  individual with full authority to settle must also have "unfettered discretion and authority" to

5  change the settlement position of the party, if appropriate. The purpose behind requiring the

6  attendance of a person with full settlement authority is that the parties' view of the case may be

7  altered during the face to face conference. An authorization to settle for a limited dollar amount or

8  sum certain can be found not to comply with the requirement of full authority to settle.

9        **IF ANY PARTY BELIEVES THAT A SETTLEMENT CONFERENCE WOULD**

10  **BE FUTILE, THEN THAT PARTY SHALL CONTACT THE COURT NOT LATER**

11  **THAN SEVENTY-TWO HOURS PRECEDING THE SCHEDULED SETTLEMENT**

12  **CONFERENCE.**

13        ***Confidential Settlement Statements***

14        At least five (5) court days prior to the settlement conference, each party shall submit a

15  Confidential Settlement Conference Statement in Word format directly to Judge Grosjean's

16  Chambers at epgorders@caed.uscourts.gov.  The statement shall not be filed on the docket or

17  served on any other party.  Each statement shall be clearly marked "confidential" with the date

18  and time of the settlement conference clearly noted on the first page.  The Confidential Settlement

19  Conference Statement shall include the following:

20        A.  A brief statement of the facts of the case.

21        B.  A brief statement of the claims and defenses, i.e., statutory or other grounds

22            upon which the claims are founded; a forthright evaluation of the parties'

23            likelihood of prevailing on the claims and defenses; and a description of the major

24            issues in dispute.

25        C.  A summary of the proceedings to date.

26        D.  An estimate of the cost and time to be expended for further discovery, pretrial

27            and trial.

28        E.  The relief sought.

F.  The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated:   **November 1, 2023**                          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

3