Jeremy M. Dobbins, Esq. (SBN 320648)
**Law Office of Jeremy M. Dobbins**
1225 E. Divisadero, Third Floor
Fresno, California 93721
Telephone No.: (559) 306-6580
Facsimile No.: (559) 316-4070
Email: admin@jeremymdobbins.com

Attorney for Plaintiff OLIVIA VALADEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA VALADEZ, successor in interest to the ESTATE OF ERIC VALADEZ<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH MEMORIAL HOSPITAL LOS BANOS, and DOES 1 through 20, inclusive.<br><br>Defendants. | No. 1:22-cv-00263-JLT-EPG<br><br>ORDER GRANTING REQUEST TO LATE-FILE OPPOSITION BRIEF |

After review of the Plaintiff's first-time ex parte request for permission to late-file an opposition brief (Doc. 67), the Court finds that excusable neglect has been established and that the timing likely precluded any attempt to reach a stipulation. Therefore, the Court will grant the request. *See* L.R. 144(c).

The due date for the Plaintiff's opposition to the defendants Motion for Summary Judgment will be June 17, 2024. Considering the allowance to the Plaintiff, defendant is granted three additional days to file their reply accordingly.

IT IS SO ORDERED.

Dated:  **June 17, 2024**

_____
UNITED STATES DISTRICT JUDGE

- 1 -