1  Jeremy M. Dobbins, Esq. (SBN 320648)
   LAW OFFICE OF JEREMY M. DOBBINS
2  1225 E. Divisadero, Third Floor
   Fresno, California 93721
3  Telephone No.: (559) 306-6580
   Facsimile No.: (559) 316-4070
4  Email: admin@jeremymdobbins.com

5

6  Attorney for Plaintiffs, OLIVIA VALADEZ,

7              UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA

9

10 OLIVIA VALADEZ, successor in interest to the        No. 1:22-cv-00263-JLT-EPG
   ESTATE OF ERIC VALADEZ
11
                                                       **PLAINTIFF'S ADDITIONAL
12                          Plaintiff,                  STATEMENT OF UNDISPUTED
                                                        MATERIAL FACTS IN SUPPORT
13     vs.                                              OF PLAINTIFF'S MOTION FOR
                                                        PARTIAL SUMMARY JUDGMENT**
14
   SUTTER HEALTH MEMORIAL HOSPITAL LOS
15 BANOS, and DOES 1 through 20, inclusive.            **Date:**       **June 21, 2024**
                                                       **Time:**       **9:00 am**
16                          Defendants.                **Courtroom:**  **4**
                                                       **Before:**     **Hon. Jennifer L.
17                                                                      Thurston**

18

19                                                      Complaint Filed: March 3, 2022

20 TO THE HONORBALE COURT:

21      Plaintiff, OLIVIA VALADEZ, as successor in interest to the ESTATE OF ERIC

22 VALADEZ, hereby submits an Additional Statement of Undisputed Material Facts in Support of

23 her Motion For Partial Summary Judgment against Defendant SUTTER VALLEY HOSPITALS

24 dba MEMORIAL HOSPITAL LOS BANOS's (hereinafter "MHLB").

25

26

27

28

**PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

THE LAW OFFICE OF
JEREMY M DOBBINS

| Undisputed Fact and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|
| 1. On or about March 21, 2021, Eric Valadez ("Decedent") went to church with his family where he held a knife to his throat and threatened to commit suicide. Family members contacted emergency medical services, and Decedent was placed on a Cal. Welfare and Institutions Code §5150 involuntary psychiatric hold by Dos Palos Police Department. Decedent was transported to Sutter Memorial Hospital located at 520 West I Street, Los Banos, California,  93635.<br><br>**Supporting Evidence**: See Plaintiff's SOE, Exhibit G, p.2; see also Plaintiff's SOE Exhibit F, p. 54. | |
| 2. On March 21, 2021, at approximately 2:56 p.m., Decedent presented to the emergency department at MHLB on a 5150 Involuntary Hold with a chief complaint of suicidal ideation.<br>**Supporting Evidence**: See  Plaintiff's SOE Exhibit F, p. 7. | |
| 3. Decedent was placed on a gurney inside of the hallway that was just outside the main emergency department.<br>**Supporting Evidence**: See  Plaintiff's SOE Exhibit E, p. 10. | |
| 4. The "Quiet Room" was used for situations that required privacy, and there was another patient under a Cal. Welfare and Institutions Code §5150 psychiatric hold utilizing the room when Decedent arrived. No privacy curtains were  provided to Decedent in the hallway.<br>**Supporting Evidence**: See  Plaintiff's SOE Exhibit E, p. 10. | |

**PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

THE LAW OFFICE OF
JEREMY M DOBBINS

| | |
|---|---|
| 5. The hallway contained two large pieces of radiology equipment which contained cords and cables, and a glass and metal fire extinguisher cabinet. **Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 11. | |
| 6. The hallways ended with a door that leads to the outside of the hospital. **Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 11. | |
| 7. The door is kept unlocked 24 hours per day, is unattended, and does not contain an alarm. **Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 11. | |
| 8. The door leads out to a breezeway which leads to an asphalt lot containing other hospital buildings, and a driveway that leads to the street. **Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 11. | |
| 9. The nurse assigned to Decedent was responsible for all "hallway" patients. **Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 11. | |
| 10. Patients on a Cal. Welfare and Institutions Code §5150 psychiatric hold are required to be placed under a one-on-one observation with a sitter. **Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 11. | |
| 11. Memorial Hospital used security guards to watch over patients when they did not have enough Clinical staff to cover. **Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 11. | |
| 12. At the time Decedent was a patient in Defendant's emergency department, only one security guard was present to complete the one-on-one observations for all "hallway" patients. **Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 11. | |

**PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| 13. The security guard responsible for observing Decedent that day was hired to work at different "non-hospital locations" and did not have any proper experience or education working in hospitals or with mental health patients.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 14 | |
| 14. The security guard noticed Decedent became agitated and upset when he could not reach his family over the phone, and Decedent requested to pace the hallway to look at the x-ray machines.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 15 | |
| 15. The security guard allowed Decedent to pace the hallway because the security guard, with no clinical/medical experience, believed that it would be better for the Decedent to walk around to help relieve some of the anxiety.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 15 | |
| 16. Decedent walked up and down the hallway for approximately 30 minutes.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 15 | |
| 17. Approximately eight hours after arriving to the emergency department, Decedent was examined by a Psychiatrist at 11:00 p.m. who determined that Decedent showed signs of fear and paranoia during his interview. The Psychiatrist reaffirmed that the Decedent needed to be placed on a Cal. Welfare and Institutions Code §5150 psychiatric hold and admitted to an in-patient psychiatric hospital for mental health treatment.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 12 | |

THE LAW OFFICE OF
JEREMY M DOBBINS

**PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| 18. Decedent was prescribed anti-psychotic medication at 11:10 p.m. by Hetal K Brahmbhatt, MD.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit F, p. 27 | |
| 19. At 11:56 p.m. on March 21, 2021, A Merced County Mental Health Worker (MHW) evaluated Decedent via video call, and the MHW placed Decedent on a second Cal. Welfare and Institutions Code §5150 psychiatric hold, even though Dos Palos Police had already placed Decedent on a Cal. Welfare and Institutions Code §5150 psychiatric hold earlier.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 12 | |
| 20. At or around 12:47 a.m. on March 22, 2021, Decedent punched the glass fire extinguisher cabinet and ran from the hallway and out the doors of the hospital.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 14, Exhibit F p. 22 | |
| 21. The security guard initially ran after Decedent, but Decedent could not be captured. Los Banos Police Department was unsuccessful in locating Decedent. (Exhibit E, Page 14; Exhibit F, Page 22.<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 14, Exhibit F p. 22 | |
| 22. On March 27, 2021, Los Banos Police responded to a 911 call of a man found in a Los Banos resident's back yard. (Exhibit E, Page 87.)<br>**Supporting Evidence**: See Plaintiff's SOE Exhibit E, p. 87. | |

///

**PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

THE LAW OFFICE OF JEREMY M DOBBINS

Dated: June 20, 2024



_____
Jeremy M. Dobbins
Attorney for Olivia Valadez
as successor in interest of the
Estate of Eric Valadez

**PROOF OF SERVICE**
**United States Eastern District of California**
**Case # 1:22-cv-00263-JLT-EPG**

My business address is 1225 E. Divisadero Street, Fresno, CA 93721. I am employed in Fresno, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as
**PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
to all interested parties in this action as indicated in the attached service list and in the manner as described below:

Cyrus A. Tabari
SHEUERMAN, MARTINI, TABARI & GARVIN, PC
652 North Santa Cruz Avenue, Suite A
Los Gatos, CA 95030
ctabari@jsupplelaw.com
aobey@smtlaw.com
*Attorney for Defendant, SUTTER HEALTH MEMORIAL HOSPITAL LOS BANOS*

**PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

THE LAW OFFICE OF
JEREMY M DOBBINS

_____ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business at Fresno, California.

_____ (BY PERSONAL SERVICE) I caused delivery of such envelope(s) by hand, to the office(s) of the address(es) on the proceeding page.

__X__ (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail from kamaryn@jeremymdobbins.com to the electronic mail address(es) of the address(es) designated above or via the CM/ECF filing system.

**EXECUTED ON June 21, 2024 at Fresno, California.**

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.


By: _____
           Kamaryn A. Shurtliff, Declarant



**PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**